```
                IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                         FORT SMITH DIVISION
```

FRANK BRANT                                                    PLAINTIFF

    v.                    Case No. 2:09-CV-2119

REGIONS BANK and
the UNITED STATES OF AMERICA                                   DEFENDANTS

### ORDER

Before the Court are Plaintiff's Motion for Default Against Regions Bank (Doc. 13) and Regions Bank's Response (Doc. 14). Plaintiff contends that "Regions Bank has not appeared or controverted the allegations" in Plaintiff's Complaint and asks the Court to enter a default judgment against Regions. However, Regions Bank filed an answer to Plaintiff's Complaint on October 15, 2009 (Doc. 3). Accordingly, Regions Bank is not in default, and Plaintiff's Motion is DENIED.

    IT IS SO ORDERED THIS 23rd DAY OF December, 2009.

                                         /s/ Robert T. Dawson
                                         Honorable Robert T. Dawson
                                         United States District Judge