IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

FRANK BRANT                                                    PLAINTIFF

v.                    CASE No. 09-CV-2119-RTD

REGIONS BANK AND UNITED
STATES OF AMERICA                                             DEFENDANTS

## **J U D G M E N T**

For reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, the United States of America's Motion to Dismiss (doc. 5) is **GRANTED,** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** as to the United States and **DISMISSED WITHOUT PREJUDICE** as to Regions Bank.

IT IS SO ORDERED this 2nd day of March 2010.

  /s/ Robert T. Dawson
  Honorable Robert T. Dawson
  United States District Judge